UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALCOVA INVESTMENT LLC *et al.*,

                              Plaintiffs,

                    -v-

GAGANDEEP LAKHMNA,

                              Defendant.

26 Civ. 4080

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The Court is in receipt of plaintiffs' motion for an order of attachment, Dkts. 56–57.

Defendants shall file any opposition to this motion by July 6, 2026.  Plaintiffs shall file their

reply, if any, by July 8, 2026.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: June 30, 2026
         New York, New York