UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALCOVA INVESTMENT LLC *et al.*,<br>Plaintiffs,<br>-v-<br>GAGANDEEP LAKHMNA,<br>Defendant. | 26 Civ. 4080<br>ORDER |

PAUL A. ENGELMAYER, District Judge:

On July 9, 2026, plaintiffs notified the Court that defendant Gagandeep Lakhmna had not complied with this Court's preliminary injunction order (the "Order"), Dkt. 47, requiring him to deliver to plaintiffs, within one week of the Order, certain "books, records, credentials, etc." Dkt. 65. Specifically, plaintiffs contended that Lakhmna failed to comply with paragraph three of the Order.[1] That paragraph stated:

> Defendant Gagandeep Lakhmna shall, within one week, deliver to the Successor Manager all books, records, prior annual tax filings and other tax documents, bank-account access, keys, credentials, contracts, plans, permits, and other property of the Entities in his possession or control, and shall not interfere with the Successor Manager's management of the Entities, including by issuing stop-work directions, contacting lenders or vendors on behalf of the Entities, or filing or recording any lien or instrument against the Entities except as expressly permitted by law or an Order from this Court.

Order ¶ 3.

[1] Plaintiffs represented that the materials Lakhmna had not produced, as required by Order, included: (i) QuickBooks Online credentials for the five entities; (ii) prior annual tax returns for each of the five entities; (iii) communications with municipalities and consultants regarding permits, inspections, and plan modifications for the five entities; (iv) login credentials for the five entities' utility and tax accounts; and (v) vendor and subcontractor contracts and the current accounts payable detail for each entity.

On July 9, 2026, the Court directed that, by July 13, 2026, at 5 p.m. Lakhmna attest to having completed compliance with the Order, and that defense counsel attest that the items identified as outstanding in plaintiffs' letter, Dkt. 65, had been produced. Dkt. 66. On July 13, 2026, Lakhmna opposed plaintiffs' letter and stated he would not produce certain materials. Dkt. 67. He expressed concern that, were plaintiffs to receive the vendor and subcontractor contracts covered by the Order, they would engage in "illegal and improper" conduct. *Id.* ¶¶ 26–28. Defense counsel's affirmation reiterated Lakhmna's objections to plaintiffs' request. Dkt. 67-1. On July 14, 2026, plaintiffs replied, identifying a subset of the material requested on July 9, 2026 that remains outstanding. Dkt. 72.

The Court has been crystal clear: the materials identified in plaintiffs' letter, Dkt. 65, *must* be produced. *See* Dkt. 66. To the extent Lakhmna claims not to "know" what materials are covered—a claim the Court views with great suspicion—the answer remains: "all books, records, prior annual tax filings and other tax documents, bank-account access, keys, credentials, contracts, plans, permits, and other property of the Entities in his possession or control" no later than **July 20, 2026**. This specifically includes:

- Any outstanding prior-year tax returns, together with any related extension filings and correspondence from the Internal Revenue Service, and/or affirming, by entity and year, that a given return was not filed;
- QuickBooks Online credentials for the five entities, including, but not limited to, by adding Alcova's accounting firm as an account user to the QuickBooks Online file for each of the five project entities;
- Access, keys, and credentials for the entities' property-tax, utility, and municipal permit accounts;

- Vendor and subcontractor contracts and the current accounts payable detail for each project. For the avoidance of doubt, "possession or control" includes any materials in the custody of the general contractor entities Lakhmna directed.

The above is a court order. Failure to comply with it will subject Lakhmna to potential sanctions, including contempt.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 15, 2026
New York, New York