UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALCOVA INVESTMENT LLC *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>GAGANDEEP LAKHMNA,<br><br>Defendant. | 26 Civ. 4080<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received defendant Gagandeep Lakhmna's motion for leave to file a sur-reply and for oral argument as to plaintiffs' motion for an order of attachment. *See* Dkt. 79. The Court grants Lakhmna's request to file a sur-reply no longer than five pages. This shall be due by July 22, 2026. The Court denies the request for oral argument as to the pending motion.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 17, 2026
New York, New York