UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALCOVA INVESTMENT LLC ET AL,

Plaintiffs,

-v-

GAGANDEEP LAKHNMA,

Defendant.

CIVIL ACTION NO. 26 Civ. 4080 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On August 18, 2026, the Court received an email from the parties seeking to cancel the in-person settlement conference scheduled for August 26, 2026 at 2:00 p.m. ET. (See Dkt. No. 78 (the "Settlement Conference")). Accordingly, the Settlement Conference is **CANCELLED**.

By **October 16, 2026**, the parties shall file a joint letter regarding whether they would like the Court to schedule another settlement conference.

Dated: New York, New York
August 18, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**