UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALCOVA INVESTMENT LLC *et al.*,

Plaintiffs,

-v-

GAGANDEEP LAKHMNA,

Defendant.

26 Civ. 4080

ORDER

PAUL A. ENGELMAYER, District Judge:

For the reasons set forth on the record of today's conference, the Court will approve the parties' proposed case management plan, *see* Dkt. 97, with the qualification that the plan will not issue until plaintiffs have registered with the New York Department of State. Upon registration, plaintiffs are to notify the Court forthwith by filing a letter on the docket of the case. The Court will then invite counsel to submit a case management plan with deadlines conformed to the date of notification.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: September 16, 2026
New York, New York